**UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| OCEAN XPLORE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| | *   CASE NO. |
| ION INSURANCE COMPANY, INC. | *   _____ |
| Defendant. | * |

**COMPLAINT FOR DAMAGES**

COME NOW, the Plaintiff, OCEAN XPLORE, LLC, by and through its undersigned counsel, who sue the Defendant, ION INSURANCE COMPANY, INC., alleging as follows:

**PARTIES**

1. Plaintiff, OCEAN XPLORE, LLC ("Plaintiff") is a corporation organized and existing in the State of Florida.

2. Upon information and belief, Defendant Ion Insurance Company, Inc. ("ION") is a U.S. corporation with its registration in American Samoa and its principal offices in Prairieville, Louisiana.

**JURISDICTION AND VENUE**

3. This is a case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. 1333 and Rule 9(h) of the Federal Rules of Civil Procedure. Specifically, Defendant ION is a marine insurer and the lawsuit involves breach of a marine contract.

4. Additionally, jurisdiction is proper based on 28 U.S.C. 1332 because the parties have diverse citizenships and the amount in controversy exceeds $75,000.00 inclusive of prejudgment interest, attorneys fees, costs.

5. Venue is appropriate in this Court under 28 U.S.C. 1391 because Plaintiff is a resident of this judicial district, the contract was issued in this judicial district, and the loss at issue occurred in this judicial district.

## STATEMENT OF FACTS

### A. Acquisition of the Vessel and Issuance of Policy

6. Plaintiff was the owner of a Leopard 46 Powercat boat (the "Vessel").

7. On the 19th of January, 2023, Defendant ION issued Policy No. EW1008977 to Plaintiff to insure the Vessel.[1]

8. Upon information and belief, at the time the Policy was issued (as well as the loss that forms the basis of this lawsuit), ION was not licensed to conduct business in the State of Florida.

9. The named insured on the Policy is Plaintiff.

10. The period of the Policy was from January 19, 2023 to January 18, 2024 ("Policy Period").

11. The Policy provided several categories of coverage including Comprehensive, Accidental Loss or Damage, Protection & Indemnity, Personal Effects, and coverage for certain liabilities, etc. The Policy also contains Emergency Towing and Assistance Coverage.

---

[1] See Declaration Page attached as Exhibit "A."

12. The Cruising Range of the Policy included Florida.

### B. Emergency Towing Loss and Claim Denial

13. On or about October 16, 2023, the Vessel sustained loss or damage and was in need of towing.

14. Plaintiff submitted an insurance claim to recover expenses/damages including expenses related to tow/salvage of the Vessel (the "Claim").

15. Defendant denied the Claim.

## COUNT 1 – BREACH OF CONTRACT

16. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 15 of this Complaint.

17. Defendant ION breached the Policy by denying the Claim.

18. Defendant's conduct has caused Plaintiff to retain the services of the undersigned attorney to represent them in this action, and Defendant is, therefore, also liable for reasonable attorney's fees pursuant to Fla. Stat. § 627.428 for such services.

WHEREFORE, Plaintiff, OCEAN XPLORE, LLC, demands judgment against Defendant, ION INSURANCE COMPANY, INC., for damages including but not limited to amounts owed under the Policy for damage to the Vessel including tow/salvage expense, consequential damages stemming from Defendants' breach of the Policy, reasonable attorney's fees and costs, and such other and further relief as this Court deems just and proper.

## COUNT 2 – INSURANCE BAD FAITH – FLORIDA LAW

19. Plaintiff realleges and incorporates by reference paragraphs 1 through 18 above as if stated herein.

20. Under Florida law, an insurer and its agents owe duties of good faith to an insured as set forth in Fla. Stat. § 624.155.

21. Defendant ION is presently categorized by the Florida Office of Insurance Regulation ("OIR") as a Surplus Lines – Federally Authorized insurer. According to the OIR, a Surplus Lines – Federally Authorized insurer is an "unauthorized insurer that has notified OIR of its intent to write certain property and casualty insurance business."[2]

22. Defendant ION has acted in bad faith by the following non-exhaustive set of acts, omissions, or violations: not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.

WHEREFORE, Plaintiff, OCEAN XPLORE, LLC, demands judgment against Defendant ION INSURANCE COMPANY, INC. for damages, consequential and extra-contractual damages, reasonable attorney's fees and costs, and such other and further relief as this Court deems just and proper.

---

[2] https://floir.com/resources-and-reports/surplus-lines-search

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues so triable as of right by jury.

Respectfully submitted this 1st day of March, 2024.

                                              LAW OFFICES OF GEOFFREY GILBERT, P.A.
                                              *Attorney for the Plaintiff*
                                              80 NE 4th Avenue, Suite 12
                                              Delray Beach, Florida 33483
                                              Telephone: (561) 570-2915
                                              F.R.J.A. Email: pleadings@GilbertLawFL.com

                                           By: _____
                                                 Geoffrey Gilbert
                                                 Florida Bar No. 547417



EW1008977

Ocean Xplore LLC,
1935 Alamanda Drive, Miami, FL,
33181
United States

*19 January 2023*

## MARINE BOUND COVER NOTE

Thank you for your recent enquiry regarding Marine Insurance. This will confirm that on the information currently supplied by you we have arranged cover on the following basis (any amendments to this cover might result in additional premium):-

| | |
|---|---|
| **PERIOD FROM** | 19 January 2023 to 18 January 2024 : both dates inclusive |
| **VESSEL NAME** | To be advised |
| **VESSEL TYPE** | 2023 Robertson & Caine Leopard PC 46 GRP Diesel, 370hp each |
| **MOORED AT** | Marina Palms #86 17301 Biscayne Blvd, North Miami Beach, FL 33160, Pontoon |
| **TOTAL SUM INSURED** | US$ 1207181.00 |
| **LIABILITY INDEMNITY** | **THIRD PARTY:** INCLUDED - LIMITS OF LIABILITY: US$ 1000000.00<br>**SALVAGE:** US$ 50000.00<br>**WATER SKIERS:** Excluded<br>**PASSENGER LIABILITY AND NUMBER OF PASSENGERS THE VESSEL IS LICENCED TO CARRY:** US$ 250000.00<br>Third Party Liability Excess as stated or 3% of Claim Amount up to a maximum of 10,000 whichever is the greater.<br><br>Captain/Bareboat included with liability to a maximum of 12 passengers within Combined Single Limit. It is warranted that all participants will sign a release of liability (waiver), regardless of whether they are paying or complimentary, prior to commencement of the charter activity, unless otherwise agreed by us. |
| **COVERAGE** | Comprehensive - As per the ION Insurance Company Inc Clauses, 09/11/2022. |
| **DEDUCTIBLE** | 3% of total sum insured. Increasing to 10% for damage from a wind storm, tsunami or lightning strike |
| **FINANCIAL INTEREST** | |

### Edward William SL

Registered address: Avda. Carmen Sáenz de Tejada S/N, Edificio S208 - Planta 2, Oficina 4A, 29651 Mijas, Málaga, Spain
T: Spain 0034 951 250 931, UK 0800 102 6453, USA and Canada 1-800-713 1270
www.edwardwilliam.com      E: info@edwardwilliam.com

| | |
|---|---|
| **SURVEY** | A recent satisfactory Survey and Mast and Rigging condition report to be provided.Full details with qualification and experience of skipper and crew to be provided. |
| **CRUISING LIMITS** | U.S. Atlantic and Gulf coast including Bahamas |
| **INSURERS** | ION INSURANCE GROUP US |

### Edward William SL

Registered address: Avda. Carmen Sáenz de Tejada S/N, Edificio S208 - Planta 2, Oficina 4A, 29651 Mijas, Málaga, Spain

T: Spain 0034 951 250 931, UK 0800 102 6453, USA and Canada 1-800-713 1270

www.edwardwilliam.com      E: info@edwardwilliam.com

## COMPLAINTS PROCEDURE

We take pride in the service provided to you, However, if you are unhappy with any aspect of the handling of your insurance, please contact the complaints representative dealing with complaints for your Broker (if you have one) or the Edward William customer service team using the contact information on page 3. If for any reason, they are unable to resolve your complaint immediately it will be referred to the underwriting Insurer's complaints department and subsequently if you are still not satisfied you can refer your claim to a local ombudsman. Full details will be provided at each stage of the process.

Policy Underwritten 100% by:



210A 2nd Floor, Fagatogo Square,
Pago Pago,
American Samoa
96799

37